# United States District Court
for the
Southern District of Indiana

| | |
|---|---|
| Tony Wayne King,<br>    *Plaintiff*, | )<br>)<br>) |
| v. | )   Case No. |
| Broadband of Indiana, LLC,<br>    *Defendant*. | )<br>)<br>) |

## Complaint For Damages

Plaintiff Tony Wayne King ("Tony"), by counsel, now files his Complaint for Damages. In support hereof, he states as follows:

### I. Nature of the Case

1. This case arises from a motor vehicle crash that occurred on September 1, 2022, on US Route 45 in Saline County, Illinois.

2. Tony alleges that Michael Jean Woolley ("Woolley"), while acting as an agent/employee of Defendant Broadband of Indiana, LLC ("Broadband"), negligently operated his Broadband-issued Ram 5500 double-axle bucket truck when he crossed the centerline and struck Tony's tractor-trailer head-on. As a result of the crash, Tony suffered severe personal injuries and damages, and Woolley expired.

### II. Identification of Parties

3. Tony is a citizen of, and domiciled in, Johnson County, Indiana.

4. Broadband is a foreign limited liability company with its principal place of business located in Henry County, Tennessee.

5. Broadband employed Woolley at the time of the crash.

6. Broadband has two members, who are Douglas Muench and Jim Watts.

7. Mr. Muench is a citizen of, and domiciled in, the state of Tennessee.

8. Mr. Watts is a citizen of, and domiciled in, the state of Kentucky.

### III. Jurisdiction & Venue

9. This Court has jurisdiction over the subject matter of this complaint pursuant to 28 U.S.C. § 1332 because complete diversity of citizenship exists between the parties and the amount in controversy exceeds $75,000.00, exclusive of interests and costs.

10. This Court has jurisdiction over the parties because Tony is domiciled in Indiana and Broadband regularly conducts business in Indiana, solicits business in Indiana, and supplies services in Indiana.

11. Venue is proper in the Southern District of Indiana under 28 U.S.C. § 1391(b). After the aforementioned crash, Tony was immediately air-lifted to Deaconess Hospital in Evansville where he was hospitalized for two weeks. All of Tony's subsequent medical treatment related to the collision, including rehabilitation, surgeries, orthopedic care, and mental health care, has taken place in or around Indianapolis.

### IV. Facts Common to All Counts

12. On September 1, 2022, Tony was driving his 1999 Kenworth tractor-trailer northbound on US Route 45 near Feazel Road in Saline County, Illinois.

13. At the same time, while in the service of Broadband, Woolley was operating his Broadband-issued Ram 5500 double-axle bucket truck southbound on US Route 45 in Saline County, Illinois.

14. Woolley crossed the centerline.

15. As a result, Woolley's bucket truck collided with Tony's tractor-trailer head-on in

the northbound lane of US Route 45.

16. As a result of the crash, Tony suffered multiple traumatic, life-threatening injuries from which he continues to recover.

17. At all relevant times, Woolley was acting as an agent of Broadband.

## V. Claim: Negligence

18. Plaintiff incorporates the preceding paragraphs as though fully set forth below.

19. Broadband is legally responsible under Illinois law for its own negligence and those of its agents.

20. Woolley was acting as Broadband's agent at all relevant times, as noted above.

21. Woolley was negligent in operating his bucket truck on September 1, 2022, as also described above.

22. As a proximate result of Woolley's negligence in the service of Broadband, Tony has suffered severe personal injuries and damages.

WHEREFORE, Tony respectfully requests a judgment against Broadband in an amount that will fully and fairly compensate him for his damages and the costs of this action, and for all other relief just and appropriate in the premises.

## **Jury Demand**

Plaintiff demands this matter be tried to a jury.

                                                Respectfully submitted,

                                                /s/ Robert D. King, Jr.
                                              Robert D. King, Jr. (#20963-49)
                                              THE LAW OFFICE OF ROBERT D. KING, JR., P.C.
                                              22 E. Washington St., Suite 310
                                              Indianapolis, IN 46204
                                              Phone: (317) 916-0000
                                              Fax: (317) 955-1844
                                              Email: rking@robkinglaw.com
                                              *Attorney for Plaintiff Tony King*