> Dismissal with prejudice acknowledged [101].
>
> /s/ Matthew P. Brookman
>
> Matthew P. Brookman, Judge
> United States District Court
> Southern District of Indiana
>
> Dated: July 2, 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TONY WAYNE KING, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:23-cv-00376-MPB-MJD |
| BROADBAND OF INDIANA, LLC, | ) ) ) |
| Defendant. | ) |

### STIPULATION OF DISMISSAL

Plaintiff Tony Wayne King, by counsel, and Defendant Broadband of Indiana, LLC, by counsel, pursuant to Federal Rule of Civil Procedure 41(a)(ii), hereby stipulate and agree that all of Plaintiff's claims against the Defendant are dismissed, with prejudice, each party to bear their own costs and fees.

Respectfully submitted,

| | |
|---|---|
| /s/ Robert D. King, Jr. | /s/ Alexander A. Fay (with permission) |
| Robert D. King, Jr. (#28806-29) | Brandon Kroft (#23400-64) |
| David R. Thompson (#28806-29) | Alexander A. Fay (36447-49) |
| THE LAW OFFICE OF ROBERT D. KING, JR., P.C. | CASSIDAY SCHADE LLP |
| 22 E. Washington St., Suite 310 | 101 W. Ohio Street, Ste. 1275 |
| Indianapolis, IN 46204 | Indianapolis, IN 46204 |
| Phone: (317) 916-0000 | Phone: (317) 613-2350 |
| Fax: (317) 955-1844 | Fax: (317) 613-2399 |
| Email: rking@robertkinglaw.com | Email: afay@cassiday.com |
| *Attorneys for the Plaintiff* | *One of the Attorneys for the Defendant* |

## Certificate of Service

  I hereby certify that on July 1, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Brandon Kroft
Alexander A. Fay
CASSIDAY SCHADE LLP
233 East 84th Drive, Suite 305
Merrillville, IN 46410

                 /s/ David R. Thompson
                 David R. Thompson (#28806-29)
                 THE LAW OFFICE OF ROBERT D. KING, JR., P.C.
                 22 E. Washington St., Suite 310
                 Indianapolis, IN 46204
                 Phone: (317) 916-0000
                 Fax: (317) 955-1844
                 Email: dthompson@robertkinglaw.com
                 *Attorney for the Plaintiff*